EDWARD B. GELLER, ESQ., P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

February 1, 2018

Hon. Peter Sheridan
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ   08608

Re:   Case No. 17-cv-13599
      Natalie Cohen v. JP Morgan Chase & Co.

Dear Judge Sheridan:

I represent Plaintiff Natalie Cohen in the above matter.  I am writing to advise the Court that the parties have reached a settlement.  Please allow the parties 30 days to prepare and execute the necessary settlement documents and to file a stipulation of dismissal with the Court.

Thank you for your consideration herein.


Very truly yours,

Edward B. Geller
EBG/pw