# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

NATALIE COHEN,

                       Plaintiff,

     v.

JP MORGAN CHASE & CO.,

                      Defendant.

Case No. 3:17-cv-13599-PGS-DEA

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Natalie Cohen and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase & Co., by and through their undersigned counsel, hereby stipulate that:

1.      All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2.      Each party shall bear its own costs and attorneys' fees.

1

**SO STIPULATED:**

        Dated: March 1, 2018

/s/ Edward B. Geller

Edward B. Geller, Esq.

Edward B. Geller, Esq., P.C. Of Counsel to
M. Harvey Rephen & Associates, P.C.

15 Landing Way

Bronx, New York 10464

Tel.: (914) 473-6783

*Attorney for Plaintiff Natalie Cohen*

/s/ Ryan M. Chabot

Ryan M. Chabot

New Jersey Bar No. 162262015

WILMER CUTLER PICKERING HALE
    AND DORR LLP

7 World Trade Center

250 Greenwich Street

New York, NY 10007

Tel. (212) 230-8800

Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA,
N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2018, I caused a copy of the foregoing Stipulation of

Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to be

served upon all parties of record by operation of the Court's electronic filing system.

/s/ Ryan M. Chabot
Ryan M. Chabot

3