UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATALIE COHEN,<br><br>      Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>      Defendant. | Case No. 3:17-cv-13599-PGS-DEA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Natalie Cohen and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase & Co., by and through their undersigned counsel, hereby stipulate that:

1. All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

ActiveUS 166681848v.1

**SO STIPULATED:**
    Dated: March 1, 2018

/s/ Edward B. Geller
Edward B. Geller, Esq.
Edward B. Geller, Esq., P.C. Of Counsel to
M. HARVEY REPHEN & ASSOCIATES, P.C.
15 Landing Way
Bronx, New York 10464
Tel.: (914) 473-6783

*Attorney for Plaintiff Natalie Cohen*

/s/ Ryan M. Chabot
Ryan M. Chabot
New Jersey Bar No. 162262015
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA, N.A.*

SO ORDERED: [signature]
DATED: 3/1/18

ActiveUS 166681848v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I caused a copy of the foregoing Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to be served upon all parties of record by operation of the Court's electronic filing system.

/s/ Ryan M. Chabot
Ryan M. Chabot